CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 04 2015

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT E. SAMPSON,<br>Plaintiff, | Civil Action No. 7:15-cv-00344 |
| v. | **MEMORANDUM OPINION** |
| HIGHLAND COUNTY VA<br>BOARD OF SUPERVISORS, <u>et al.</u>,<br>Defendant(s). | By: Hon. Glen E. Conrad<br>Chief United States District Judge |

Robert E. Sampson, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By order entered on June 25, 2015, the court directed plaintiff to return to the court an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period within 10 days from the date of the order. On July 7, 2015 Plaintiff filed the inmate account report, but failed to provide the required trust fund account statements of six-months preceding the filing of the complaint.

By a second order entered on July 7, 2015, the court directed plaintiff to return to the court the inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint and granted plaintiff 10 days from the date of the order to comply. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

On July 22, 2015, plaintiff returned to the court another copy of the inmate account report but failed to provide the required six-month statements. Therefore, plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and

strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 4th day of August, 2015.

/s/ Glen Conrad
Chief United States District Judge