CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 04 2015

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT E. SAMPSON,<br>    Plaintiff, | Civil Action No. 7:15-cv-00344 |
| v. | **DISMISSAL ORDER** |
| HIGHLAND COUNTY VA<br>BOARD OF SUPERVISORS, <u>et al.</u>,<br>    Defendant(s). | By:   Hon. Glen E. Conrad<br>Chief United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 4th day of August, 2015.

/s/ Glen E. Conrad
Chief United States District Judge